James Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
KESSENICK GAMMA & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
Email: mcooper@kgf-lawfirm.com
Email: mgawley@kgf-lawfirm.com

Attorneys for Defendant
INDEPENDENT PHYSICIAN
ASSOCIATES MEDICAL GROUP, INC.
dba ALLCARE IPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY MEDICAL GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INDEPENDENT PHYSICIAN ASSOCIATES MEDICAL GROUP, INC. dba ALLCARE IPA,<br><br>Defendant. | Case No. 1:19-CV-00404-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Hon. Sheila K. Oberto<br>U.S. Magistrate Judge<br>Courtroom: #7 (6th Floor)<br><br>Action Filed: March 19, 2019 |

| | |
|---|---|
| 1 | Plaintiff Central Valley Medical Group, Inc. ("Plaintiff") and Defendant Independent |
| 2 | Physicians Associates Medical Group, Inc. dba AllCare IPA ("Defendant") jointly stipulate to |
| 3 | continue the Mandatory Scheduling Conference currently set for June 25, 2019 pursuant to the |
| 4 | Court's March 29, 2019 Order (ECF No. 3). |
| 5 | WHEREAS, Plaintiff filed its Complaint in Stanislaus County Superior Court on March |
| 6 | 19, 2019; |
| 7 | WHEREAS, Defendant removed the action to this Court on March 27, 2019; |
| 8 | WHEREAS, Plaintiff filed a motion to remand the action on April 5, 2019 and that |
| 9 | motion is fully briefed; |
| 10 | WHEREAS, Defendant moved to dismiss Plaintiff's Complaint on April 16, 2019 and |
| 11 | that motion is fully briefed; |
| 12 | WHEREAS, the Court has determined that both the motion to remand and motion to |
| 13 | dismiss are amenable to decision on the papers (ECF Nos.10 and 13); |
| 14 | WHEREAS, undersigned counsel for Plaintiff only recently substituted in on this matter, |
| 15 | the order approving such substitution having been executed on June 7, 2019; |
| 16 | WHEREAS, the parties have met and conferred and believe that it would be a better use |
| 17 | of judicial resources to continue the Mandatory Scheduling Conference until after the Court has |
| 18 | ruled on Plaintiff's motion to remand and Defendant's motion to dismiss; |
| 19 | IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that: |
| 20 | 1. The Mandatory Scheduling Conference is continued to July 31, 2019 or to a date that |
| 21 | is convenient for the Court and allows adequate time for decision on the pending |
| 22 | motions. |
| 23 | 2. The deadline for the parties to file a Joint Scheduling Report is equivalently continued |
| 24 | to one (1) full week prior to the Mandatory Scheduling Conference. |
| 25 | **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.** |

Dated: June 10, 2019

KESSENICK GAMMA & FREE. LLP

By: */s/ J. Maxwell Cooper*
J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
Email: mcooper@kgf-lawfirm.com
Email: mgawley@kgf-lawfirm.com

Attorneys for Defendant
INDEPENDENT PHYSICIAN ASSOCIATES
MEDICAL GROUP, INC. dba ALLCARE IPA

DATED: June 10, 2019      DOLL AMIR & ELEY LLP


By: */s/ Krista Hernandez* (as authorized on June 10, 2019)
   Michael M. Amir
   Krista Hernandez
Attorneys for Plaintiff,
Central Valley Medical Group, Inc.

**ORDER**

Pursuant to the parties' above stipulation (Doc. 18), the Mandatory Scheduling Conference currently set for June 25, 2019, is CONTINUED to August 6, 2019, at 10:45 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report seven days before the conference.

IT IS SO ORDERED.

Dated: __**June 11, 2019**__      /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE