James Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
KESSENICK GAMMA & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
Email: mcooper@kgf-lawfirm.com
Email: mgawley@kgf-lawfirm.com

Attorneys for Defendant
INDEPENDENT PHYSICIAN
ASSOCIATES MEDICAL GROUP, INC.
dba ALLCARE IPA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENT PHYSICIAN ASSOCIATES MEDICAL GROUP, INC. dba ALLCARE IPA, <br><br> Defendant. | Case No. 1:19-CV-00404-LJO-SKO <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> **(Doc. 26)** <br><br> Hon. Lawrence J. O'Neill <br><br> Action Filed: March 19, 2019 <br> First Amended Complaint Filed: July 8, 2019 |

Plaintiff Central Valley Medical Group, Inc. ("Plaintiff") and Defendant Independent Physicians Associates Medical Group, Inc. dba AllCare IPA ("Defendant") jointly stipulate to extending Defendant's deadline to file its response to Plaintiff's First Amended Complaint ("FAC," ECF No. 21) until 21 days after the Court rules on Plaintiff's motion to remand.

WHEREAS, Plaintiff filed its Complaint in Stanislaus County Superior Court on March 19, 2019;

WHEREAS, Defendant removed the action to this Court on March 27, 2019;

WHEREAS, Plaintiff filed a motion to remand the action on April 5, 2019 and Defendant opposed;

WHEREAS, on June 14, 2019, this Court denied Plaintiff's motion to remand without prejudice, permitting CVMG to file an amended complaint and renew its motion to remand (ECF No. 20);

WHEREAS, on July 8, 2019, Plaintiff filed its First Amended Complaint (ECF No. 21);

WHEREAS, Plaintiff has renewed its motion to remand (ECF No. 22);

WHEREAS, Defendant intends to file a motion to dismiss the FAC;

WHEREAS, Defendant's deadline to respond to the FAC is currently Monday, July 22, 2019;

WHEREAS, the parties have met and conferred and believe that it would be a better use of judicial and party resources to permit the Court to resolve the question of federal jurisdiction before the parties and the Court spend time and resources briefing and adjudicating Defendant's forthcoming motion to dismiss;

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that: |
| 2 | 1. Defendant's deadline to file and serve its response to Plaintiff's FAC (ECF No. 21) |
| 3 | shall be no later than 21 days after this Court rules on Plaintiff's motion to remand |
| 4 | (ECF No. 22). |

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: July 16, 2019					KESSENICK GAMMA & FREE. LLP

						By: */s/ J. Maxwell Cooper*
						    J. Maxwell Cooper

						J. Maxwell Cooper (SBN 284054)
						Michael A. Gawley (SBN 294190)
						Attorneys for Defendant
						INDEPENDENT PHYSICIAN ASSOCIATES
						MEDICAL GROUP, INC. dba ALLCARE IPA


DATED: July 16, 2019				DOLL AMIR & ELEY LLP


						By: */s/Krista Hernandez*
						    Michael M. Amir
						    Krista Hernandez
						Attorneys for Plaintiff,
						Central Valley Medical Group, Inc.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to above-stipulation (Doc. 26) and for good cause shown, it is hereby |
| 3 | ORDERED that Defendant shall file and serve its response to Plaintiff's First Amended |
| 4 | Complaint (Doc. 21) no later than twenty-one (21) days after the Court issues its order on |
| 5 | Plaintiff's Motion for Remand (Doc. 22.). |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: **July 17, 2019**          /s/ *Sheila K. Oberto* |
| 9 |                                    UNITED STATES MAGISTRATE JUDGE |